```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- X
In Re: MICHAEL G. TYSON,                         :
                          Debtor,                :
----------------------------------------------- :
STRAIGHT-OUT PROMOTIONS, LLC & CHRIS WEBB,       :        09 Civ. 9966 (DLC)
                          Appellants,            :
                                                 :
              -v-                                :
                                                 :
R. TODD NEILSON, as Plan Administrator           :
of the MGT Chapter 11 Liquidating Trust,         :
FRANK WARREN, and EDWARD SIMONS,                 :
                          Appellees.             :
----------------------------------------------- X
In Re: MICHAEL G. TYSON,                         :
                          Debtor,                :
----------------------------------------------- :
FRANK WARREN,                                    :        09 Civ. 9967 (DLC)
                          Appellant,             :
                                                 :
              -v-                                :
                                                 :
R. TODD NEILSON, as Plan Administrator           :
of the MGT Chapter 11 Liquidating Trust,         :
                          Appellee.              :
----------------------------------------------- X
In Re: MICHAEL G. TYSON,                         :
                          Debtor,                :
----------------------------------------------- :
EDWARD SIMONS,                                   :        10 Civ. 313 (DLC)
                          Appellant,             :
                                                 :
              -v-                                :
                                                 :                ORDER
R. TODD NEILSON, as Plan Administrator           :
of the MGT Chapter 11 Liquidating Trust,         :
                          Appellee.              :
----------------------------------------------- X
```

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____           │
│ DATE FILED: 4/29/10          │
└─────────────────────────────┘
```

DENISE COTE, District Judge:

        Appellants in the three above-captioned cases appeal from

the final judgment and accompanying orders entered in Neilson v.

Straight Out Promotions, LLC, Adversary No. 05-2210-alg, an

adversary proceeding held before the United States Bankruptcy

Court for the Southern District of New York.  It is hereby

ORDERED that appellants in each of the three cases shall, by

coordinating with each other and with the Clerk of the Bankruptcy

Court, transmit the records on appeal to this Court forthwith.

The appellants may, at their election, prepare a single record on

appeal relating to all three cases.  Pursuant to Fed. R. Bankr.

P. 8006, the record(s) on appeal shall include: (i) the notices

of appeal; (ii) the orders and judgments appealed from; (iii) any

opinion, findings of fact, and conclusions of law of the

Bankruptcy Court; (iv) the materials designated by the appellants

for inclusion in the record on appeal; and (v) the materials

counter-designated by the appellees for inclusion in the record

on appeal.  The appellants shall also include all trial

transcripts in the record(s) on appeal, and all parties shall

include paper copies of any other pleadings, papers, or other

materials referenced in their appellate briefs.  The record(s) on

appeal should be directed to the Honorable Denise Cote, United

States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         April 29, 2010

_____
DENISE COTE
United States District Judge

2